1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. H. Albert Young, Albert I. Kegan* and *Walter F. Dodd* for petitioners. *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 125. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* MOONEY, ADMINISTRATRIX. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Arnot L. Sheppard* for petitioner. *Mr. Chelsea O. Inman* for respondent.

No. 126. AVIATION CAPITAL, INC. *v.* PEDRICK, COLLECTOR OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to Circuit Court of Appeals for the Second Circuit denied. *Mr. Francis H. Horan* for petitioner. *Acting Solicitor General Cox, Assistant Attorney General Clark, Mr. Sewall Key* and *Miss Helen R. Carloss* for respondent.

No. 127. STANDARD LIME & STONE Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Harry N. Baetjer* for petitioner. *Acting Solicitor General Cox, Messrs. Alvin J. Rockwell, Marcel Mallet-Prevost* and *Miss Ruth Weyand* for respondent.

No. 128. McADEN *v.* FLORIDA. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Patrick C. Whitaker, Charles F. Blake*